IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**LESTER RAKALL ROBINSON,**

    Plaintiff,

v.                                                                       Civil Action No. **3:18CV55**

**MS. CHRISSY,**

    Defendant.

**MEMORANDUM OPINION**

By Memorandum Order entered on February 8, 2018, the Court conditionally docketed Plaintiff's action. At that time, the Court warned Plaintiff that he must keep the Court informed as to his current address if he relocated. On March 29, 2018, the United States Postal Service returned a March 20, 2018 Memorandum Order to the Court marked, "RETURN TO SENDER" and "ATTEMPTED - NOT KNOWN." Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

Date: 4/9/18
Richmond, Virginia

/s/ 
John A. Gibney, Jr.
United States District Judge